BENJAMIN B. WAGNER
United States Attorney
MIA A. GIACOMAZZI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00368 AWI BAM |
|---|---|
| Plaintiff, | JOINT REQUEST AND ORDER TO CONTINUE STATUS CONFERENCE AND SET MATTER BEFORE MAGISTRATE JUDGE |
| v. | |
| SANTOS ENRIQUE AQUINO-CACERES, | |
| Defendant. | |

The parties, by and through their respective counsel, Assistant United States Attorney Mia. A. Giacomazzi, counsel for plaintiff United States of America, and Steven L. Crawford, counsel for defendant Santos Enrique Aquino-Caceres, hereby stipulate and jointly request the Court to continue the status conference currently set for May 19, 2014 in Courtroom 2 (AWI) to August 11, 2014 in Courtroom 8 (BAM). The parties seek a continuance of the status conference and that request that the status conference be set on the magistrate judge's status conference calendar for the following reasons:

The defendant is charged with a violation of 8 U.S.C.§ 1326, being a deported alien found in the United States. The defendant is currently preparing to petition the immigration court to re-open his prior removal proceedings. The parties agree to allow the defendant a reasonable time to pursue these immigration proceedings and to determine what affect those proceedings will have on this pending action, if any. For these reasons, the parties request a status conference to be set on August 11, 2014 on the magistrate judge criminal status conference calendar.

1

The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  May 13, 2014                                     BENJAMIN B. WAGNER
                                                                            United States Attorney

                                                                             /s/ Mia Giacomazzi
                                                                            MIA A. GIACOMAZZI
                                                                            Assistant United States Attorney

Dated: May 13, 2014
                                                                             /s/ Steve Crawford
                                                                            STEVEN CRAWFORD
                                                                            Counsel for Defendant

## ORDER

For good cause appearing, this Court CONTINUES the May 19, 2014 status conference before Judge Ishii is continued to August 11, 2014 at 1 p.m. in Courtroom 3 (BAM) before Judge McAuliffe . Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

   Dated:   **May 14, 2014**                          /s/ Barbara A. McAuliffe
                                                                            UNITED STATES MAGISTRATE JUDGE

2