1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Steven L. Crawford #166488
LAW OFFICE OF STEVEN L. CRAWFORD
192 North 11th Street
Grover Beach, CA 93433
Tel:805-458-6312
Fax:805-489-2001
slcrawfordlaw@gmail.com
stevecrawfordlaw.com

Attorney for Defendant  SANTOS ENRIQUE AQUINO-CACERES

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:13-CR-00368-AWI-BAM |
|---|---|---|
| | ) | |
| Petitioner, | ) | STIPULATION TO CONTINUE |
| | ) | CHANGE OF PLEA AND |
| vs. | ) | SENTENCING;  ORDER |
| | ) | |
| SANTOS ENRIQUE, | ) | Original Date:      10/14/14 BAM |
| AQUINO-CACERES, | ) | Requested Date:   11/17/14 AWI |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties in the above entitled

case, that the status  hearing currently set for October 14, 2014 be continued to a new

date of November 17, 2014 at 10:00 am for Change of Plea and Sentencing before

the District Court Judge.

///

///

The basis for this stipulation is that defense counsel is anticipating a Change of Plea in this case and needs the additional time to see the defendant (he is in Lerdo). In addition, this case has been stalled because of immigration issues and attorneys for those issues requested time to do their investigation and legal work. It is believed that a change of plea is likely and defendant would like to set this matter for change of plea on the above mentioned date and time.  The parties stipulate that time will be excluded up to and including the new date for the status hearing.


DATED: October 8, 2014

                                        /Mia A. Giacommazzi
                                        MIA A. GIACOMMAZZI
                                        AUSA


                                        /Steven L. Crawford/
                                        STEVEN L. CRAWFORD
                                        Attorney for SANTOS ENRIQUE
                                        AQUINO-CACERES

////

////

////

////

////

////

////

ORDER

1

2        IT IS SO ORDERED that the Status Conference on October 14, 2014

3   before Judge McAuliffe be Vacated and a CHANGE of PLEA Hearing is set

4   before Judge Ishii on November 17, 2014 at 10:00 A.M.   Parties request next

5   hearing be a change of plea before Judge Ishii and waived excludable time

6   pursuant to 18 USC 3161.

7   Dated:    **October 8, 2014**                    /s/ *Barbara A. McAuliffe*

8                                                     UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28